# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 07-mj-07038 |
| | Christine Dieringer |
| MARGIE ADAMS | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 18-18-428 | Possession of Drug Paraphernalia | On or About May 23, 2007 | 1 |

Court orders that one half of fine and fee ($55) to be paid by March 22, 2008. Second half of fine and fee ($55) to be paid by May 6, 2008.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** $110 | $10 | $100 |

February 6, 2008
Date of Imposition of Judgment

s/ Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

February 12, 2008
Date